IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| REXFORD FUNDING, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV224 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SCOTT W. SCHNEIDER, INC., | ) | |
| SCOTT W. SCHNEIDER, and | ) | |
| B4 GRAIN, INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court the plaintiff's Unopposed Motion for Additional Time to Serve Process and For Leave to Serve Process by Publication (Filing No. 24). The court finds the plaintiff utilized reasonable diligence to serve process upon Scott W. Schneider and Scott W. Schneider, Inc. using those methods authorized by law, but has been unable to serve the summonses and complaint. Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's Unopposed Motion for Additional Time to Serve Process and For Leave to Serve Process by Publication (Filing No. 24) is granted.

2. The plaintiff shall have an additional 90 days, until **February 22, 2010**, to serve Mr. Schneider and SWSI process by any means authorized by law.

3. The plaintiff has leave of court to serve process upon Mr. Schneider and SWSI by publication pursuant to Neb. Rev. Stat. § 25-517.02.

Dated this 25th day of November, 2009.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge