# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REXFORD FUNDING, LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>    vs.<br><br>SCOTT W. SCHNEIDER, INC., a Nebraska corporation; SCOTT W. SCHNEIDER, an individual; B4 GRAIN, INC., a Nebraska corporation, and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.  8:09-cv-00224-JFB-TDT<br><br>**ORDER:**<br><br>**(1) APPROVING STIPULATION FOR DISMISSAL OF ACTION AGAINST DEFENDANT B4 GRAIN, INC.;**<br><br>**(2) DISMISSING ACTION AGAINST DEFENDANT B4 GRAIN, INC.** |

The Stipulation between Plaintiff REXFORD FUNDING, LLC ("Rexford") and Defendant B4 GRAIN, INC. ("B4 Grain"), by and through their designated counsel, to dismiss this action with prejudice against Defendant B4 Grain (the "Stipulation") [Docket # 43], only, has been presented before this Court.  Upon consideration,

   **IT IS HEREBY ORDERED:**

   (1)   The Stipulation is approved;

   (2)   This action is dismissed, with prejudice, against Defendant B4 Grain, *only*;

   (3)   Each party to bear its own costs and fees.

Dated this 2nd day of June, 2010.         BY THE COURT


                          s/ Joseph F. Bataillon
                          Chief District Judge

1391-022/79155                  1